IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MJR INTERNATIONAL, INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 06-CV-937 |
| : | |
| **AMERICAN ARBITRATION** : | JUDGE ALGENON L. MARBLEY |
| **ASSOCIATION, INC., et al.,** : | |
| : | Magistrate Judge Kemp |
| **Defendants.** : | |

**ORDER CANCELING ORAL ARGUMENT**
**ON MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the Court and the parties, the oral argument on the Motion for Summary Judgment currently scheduled for **December 29, 2008** is **canceled.** Furthermore, the Parties' joint request to appear telephonically at oral argument on the Motion for Summary Judgment [# 61] is **DENIED.** The Court will decide the Motion based on the memoranda and briefs already submitted by the Parties.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: December 11, 2008**